No. 73–6892. BEASLEY v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 73–6897. LANSBERRY ET AL. v. PITTSBURGH NATIONAL BANK. Sup. Ct. Pa. Certiorari denied.

No. 73–6898. MAYO v. LAVALLEE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 73–6900. WILSON v. JERRY MILLER, INC. Sup. Ct. Ind. Certiorari denied.

No. 73–6904. WARD v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 73–6905. DeVOTI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–6910. MATLOCK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–6912. LEE v. ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 73–6915. HURD v. SUPREME COURT OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 73–6916. CANTONI v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 73–6928. CHANEY v. McINTOSH ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–6929. FONGONE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–6930. HUCKABAY v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.